**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Angel Mendez-Gomez**<br>YOB: 2004; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-05681MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about February 7, 2023, at or near Dragoon, in the District of Arizona, **Luis Angel Mendez-Gomez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on January 31, 2023, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about February 6, 2023, at or near Naco, in District of Arizona, **Luis Angel Mendez-Gomez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Luis Angel Mendez-Gomez** is a citizen of Mexico. On January 31, 2023, **Luis Angel Mendez-Gomez** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On February 7, 2023, agents found **Luis Angel Mendez-Gomez** in the United States at or near Dragoon, Arizona without the proper immigration documents. **Luis Angel Mendez-Gomez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Luis Angel Mendez-Gomez** admitted to illegally entering the United States of America from Mexico on or about February 6, 2023, at or near Naco, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 8, 2023 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Westby